# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**JAMES W. TIPTON, III,**

    Debtor(s)

**ACNB BANK,**

    Movant(s)

vs.

**JAMES W. TIPTON, III and CHARLES J. DEHART, III, ESQUIRE (TRUSTEE),**

    Respondent(s)

| | |
|---|---|
| Chapter | **13** |
| Case Number: | **1:16-bk-02432-MDF** |
| Document No.: | **22** |
| Nature of Proceeding: | **Motion for Relief from Automatic Stay** |

## ORDER

Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

ORDERED, if a stipulation or a request to relist matter for hearing is not filed by December 29, 2016, the Court may deny this Motion without further notice.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: November 30, 2016