```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-02432-MDF
James W Tipton, III                                                 Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: REshelman         Page 1 of 1          Date Rcvd: Nov 30, 2016
                            Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
db              +James W Tipton, III,   302 Westminster Ave,   Hanover, PA 17331-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank
               csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy L. Czekaj    on behalf of Debtor James W Tipton, III timothy@scaringilaw.com,
               kelly@scaringilaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JAMES W TIPTON, III
        Debtor(s)

JPMORGAN CHASE BANK, N.A.
        Movant(s)
    v.
JAMES W TIPTON, III,
CHARLES J DEHART, III, TRUSTEE
        Respondent(s)

Chapter    **13**

Case Number:    **1:16-bk-02432 MDF**

## ORDER VACATING ORDER

    With the Order Granting the Motion for Relief from Automatic Stay of JPMorgan Chase Bank, N.A. having been entered in error, it is hereby:

    ORDERED that the Order entered on November 18, 2016 at Docket Number 27 is VACATED.

By the Court,

*Mary D France*
Bankruptcy Judge
(VK)

Date: November 30, 2016

MDPA-ORDSTIPDUE.WPT REV 12/10

Case 1:16-bk-02432-MDF   Doc 35   Filed 12/02/16   Entered 12/03/16 00:50:30   Desc
Imaged Certificate of Notice   Page 2 of 2