# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James W. Tipton, III | Chapter: 13 |
| | Case Number: 1:16-bk-02432 |
| Debtor(s) | |

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time and location:

Date: 1/25/2017    Time: 9:30 AM

Location: 3rd & Walnut Sts, 3rd Floor Courtroom

Harrisburg, PA

The deadline for filing objections to confirmation of the Plan is: 1/11/2017

**For cases before the Hon. Mary D. France (indicated in the Case No. with the initials "MDF"):**
Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

**For cases before the Hon. John J. Thomas or the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**
Any objections to confirmation of the plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the plan at this time.

A copy of the Plan is enclosed with this Notice. A copy also may be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 12/14/2016    Filed by: /s/ Timothy L. Czekaj

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
JAMES W. TIPTON III, :
Debtor : Case No: 1:16-BK-02432 MDF

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Amended Notice on this day via United States Postal Service, First Class Mail, Postage Prepaid or electronic mail, addressed as follows:

United States Trustee
228 Walnut Street Suite 1190
Harrisburg, PA 17101
Via CM/ECF to
ustpregion03.ha.ecf@usdoj.gov

Charles J. Dehart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Via CM/ECF to
dehartstaff@pamd13trustee.com

Joshua I. Goldman
KML Law Group, P.C.
701 Market Street Ste 5000
Philadelphia, PA 19106-1541
Via CM/ECF to
jgoldman@kmllawgroup.com

Craig S. Sharnetzka
CGA Law Firm
135 North George Street
York, PA 17401
Via CM/ECF to csharnetzka@cgalaw.com

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238
Via U.S. First Class Mail

Citicards
IBS CDV Disputes
Sioux Falls, SD 57117
Via U.S. First Class Mail

LVN Funding, LLC its Successors and
Assigns
Assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587
Via U.S. First Class Mail

Wal-Mart
P.O. Box 965036
Orlando, FL 32896-5036
Via U.S. First Class Mail

Case 1:16-bk-02432-MDF  Doc 38  Filed 12/14/16  Entered 12/14/16 15:58:33  Desc
Main Document  Page 2 of 3

ACNB
16 Lincoln Square
P.O. Box 3129
Gettysburg, PA  17325-0129
Via U.S. First Class Mail

Bureau of Account Management
3607 Rosemont Avenue, Sute 502
Camp Hill, PA  17011-6943
Via U.S. First Class Mail

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346
Via U.S. First Class Mail

Lending Club
21 Stevenson, Ste 300
San Francisco, CA  94105-2706
Via U.S. First Class Mail

Wolf Furniture
P.O. Box 965036
Orlando, FL  32896-5036
Via U.S. First Class Mail

ACNB Bank, f/k/a Adams County National Bank
P.O. Box 3129
Gettysburg, PA  17325-0129
Via U.S. First Class Mail

Chase Auto Finance
P.O. Box 901003
Fort Worth, TX  76101-2003
Via U.S. First Class Mail

JP Morgan Chase Bank N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-1191
Phoenix, AZ  85038-9505
Via U.S. First Class Mail

Midland Funding LLC
P.O. Box 2011
Warren, MI  48090-2011
Via U.S. First Class Mail

York County Tax Claim Bureau
28 E. Market Street
York, PA  17401-1501
Via U.S. First Class Mail

James W. Tipton, III
302 Westminster Ave
Hanover, PA  17331-3707
Via U.S. First Class Mail

December 14, 2016

/s/ Timothy L. Czekaj