IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **James W. Tipton III**<br>　　　　　　　　**Debtor**<br><br>**JPMorgan Chase Bank, N.A.**<br>　　　　　　　　**Movant**<br>　　vs.<br><br>**James W. Tipton III**<br>　　　　　　　　**Debtor**<br><br>**Charles J. DeHart, III Esq.**,<br>　　　　　　　　(**Trustee**) | BK NO. 16-02432 MDF<br><br>Chapter 13<br><br>Pleading: Motion for Relief from Stay |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

**X** The undersigned counsel certifies as follows:

(1)　A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2)　If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3)　Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: December 16, 2016　　　　　　**/s/Thomas I. Puleo, Esquire**
　　　　　　　　　　　　　　　　　　Thomas I. Puleo, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.