# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James W Tipton, III <br> Debtor(s) | BKY. NO. 16-02432 MDF <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0002

                        Respectfully submitted,

                        **/s/ Thomas Puleo**
                        Thomas Puleo, Esquire
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 825-6306  FAX (215) 825-6406
                        Attorney for Movant/Applicant