```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02432-RNO
James W Tipton, III                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: Jul 06, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db             +James W Tipton, III,    302 Westminster Ave,    Hanover, PA 17331-3707
               +Teksystems, Inc.,    5525 Lebearch Park Drive,    Catonsville, MD 21228-4873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor    ACNB Bank, f/k/a Adams County National Bank
               csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kelly M Walsh    on behalf of Debtor James W Tipton, III kelly@scaringilaw.com,
               jtoft@scaringilaw.com;r57745@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JAMES W TIPTON, III :
:
DEBTOR(S) : CASE NO: 1 : 1 6 - BK-02432-RNO
:
: CHAPTER 13

MODIFIED ORDER TO PAY WAGES TO THE TRUSTEE IN CHAPTER 13

Upon representation of the Trustee, or other interested party, the Court find;

The above named Debtor has pending in this Court under Chapter 13 of title 11 U.S.C and, pursuant to the provision of said statute and of the Debtor's plan, the Debtor has submitted such portion of her/his future earnings or income to the control of the Trustee as is necessary for the execution of the plan.

Under the provision of 11 U.S.C. §1325(c) an entity may be required, upon Order of this Court, to pay over such portion of the wages, earning or income of the Debtors as may be needed to effectuate said plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED, that, for a period of **48 months**, or until further Order of this Court, that **Teksystems, Inc.** deduct from the earnings or income of **James W. Tipton, III** the sum of **$291.44**, ( **BIWEEKLY**), to total **$582.88**, per month beginning on the next pay day following the receipt of this Order and shall deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits arising out of present or past employment of the Debtor, with the exception of any month during which three biweekly pay periods fall in the same month in which case only the first two pay periods of the month shall be subject to deduction, and forthwith remit the sums so deducted to:

CHARLES J DEHART, III, ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the amounts required to be withheld by the provision of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between said entity of the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with the entities usual payroll procedure.

IT IS FURTHER ORDERED that no deductions for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of the Debtor, excluding Domestic Support Obligations.

IT IS FURTHER ORDERED that this Order supersedes previous orders, if any, made to subject entity in this or any previous case.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: July 6, 2017