```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02432-RNO
James W Tipton, III                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh            Page 1 of 1           Date Rcvd: Jul 31, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db            +James W Tipton, III,    302 Westminster Ave,    Hanover, PA 17331-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Craig S. Sharnetzka   on behalf of Creditor   ACNB Bank, f/k/a Adams County National Bank
               csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kelly M Walsh    on behalf of Debtor James W Tipton, III kelly@scaringilaw.com,
               jtoft@scaringilaw.com;r57745@notify.bestcase.com
              Thomas I Puleo   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    JAMES W TIPTON, III
        DEBTOR(S)     :    CASE NO: 16-BK-02432-RNO

                        :    CHAPTER 13

**ORDER**

AND NOW, upon consideration of the foregoing Motion to Modify, and it appearing that Local Rule 3015-2(f) and L.B.F 3015-2(b) are applicable, and L.B.F. 3015-2(b) having been filed, it is hereby Ordered and Decreed:

Debtors' Motion to Modify is hereby Granted.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: July 31, 2017