IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
    JAMES W. TIPTON, III, : Chapter 13
        Debtor : Case No. 1:16-bk-02432-RNO
     :
ACNB BANK, :
        Movant :
     : Relating to Docket Entry No. 64
vs. :
     :
JAMES W. TIPTON, III, :
        Respondent :

**PRAECIPE TO WITHDRAW**
**RESPONSE TO CERTIFICATE OF DEFAULT**

COMES NOW the debtor, James W. Tipton, III, by and through his counsel Kelly M. Walsh and Scaringi & Scaringi, P.C. and hereby withdraws the Debtor's Response to the Certificate of Default filed on June 29, 2017.

        Respectfully Submitted:

Date: August 22, 2017    /s/ Kelly M. Walsh
        Kelly M. Walsh, Esq.
        Attorney ID# 320919
        Scaringi & Scaringi PC
        2000 Linglestown Road, Suite 106
        Harrisburg, PA 17110
        Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| JAMES W. TIPTON, III, | : | Chapter 13 |
| Debtor | : | Case No. 1:16-bk-02432-RNO |
| | : | |
| ACNB BANK, | : | |
| Movant | : | |
| | : | Relating to Docket Entry No. 64 |
| vs. | : | |
| | : | |
| JAMES W. TIPTON, III, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 22, 2017, I served a copy of the Praecipe to Withdraw Debtor's Response to Certificate of Default via ECF on the following:

>Charles J. DeHart, III Esq.
>Chapter 13 Trustee
>8125 Adams Drive, Suite A
>Hummelstown, PA 17036

>Craig S. Sharnetzka, Esq.
>135 North George Street
>York, PA 17401

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 22, 2017
/s/ Kelly M. Walsh
Kelly M. Walsh, Esq.
Attorney ID# 320919
Scaringi & Scaringi, P.C.
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110