```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                      Case No. 16-02432-RNO
James W Tipton, III                                         Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: PRatchfor        Page 1 of 1           Date Rcvd: Aug 24, 2017
                             Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db             +James W Tipton, III,   302 Westminster Ave,   Hanover, PA 17331-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                            Signature:  /s/Joseph Speetjens

_____

                    **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
            Craig S. Sharnetzka   on behalf of Creditor   ACNB Bank, f/k/a Adams County National Bank
             csharnetzka@cgalaw.com,
             tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
             m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
            Joshua I Goldman   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kelly M Walsh   on behalf of Debtor James W Tipton, III kelly@scaringilaw.com,
             jtoft@scaringilaw.com;r57745@notify.bestcase.com
            Thomas I Puleo   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JAMES W TIPTON, III,<br>                    Debtor<br><br>ACNB BANK,<br>               Movant<br><br>vs.<br><br>JAMES W. TIPTON, III,<br>               Respondent | Chapter 13<br><br>Case No. 1:16-bk-02432-RNO |

ORDER GRANTING RELIEF FROM
THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(a)

UPON CONSIDERATION of the Motion filed by ACNB Bank for Relief from the Automatic Stay under 11 U.S.C. § 362(a), and for good cause having been shown, it is hereby

ORDERED THAT that the Automatic Stay arising by virtue of 11 U.S.C § 362(a) shall be, and is hereby terminated with respect to ACNB Bank in order to permit ACNB Bank to continue its collection efforts, as it deems appropriate, to protect its interest in real estate owned by James W. Tipton, III located at 302 Westminster Avenue, Hanover, York County, Pennsylvania.

By the Court,

_Robert N. Opel, II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 22, 2017

{01219759/1}