UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES W TIPTON, III

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-16-02432-HWV

JAMES W TIPTON, III

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 19, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of June 19, 2018, the Debtor(s) is/are $1771.18 in arrears with a plan payment having last been made on May 21, 2018

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 19, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   JAMES W TIPTON, III

           Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
           Movant

CHAPTER 13

JAMES W TIPTON, III

CASE NO: 1-16-02432-HWV

           Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on June 19, 2018.

KELLY M WALSH, ESQUIRE
SCARINGI & SCARINGI, PC
2000 LINGLESTOWN RD, SUITE 106
HARRISBURG, PA  17110-

JAMES W TIPTON, III
302 WESTMINSTER AVE
HANOVER, PA  17331

           RESPECTFULLY SUBMITTED,

           /s/ Liz Joyce
           for Charles J. DeHart, III, Trustee
           8125 Adams Drive, Suite A
           Hummelstown, PA  17036
           Phone:  (717) 566-6097

Dated:  June 19, 2018