```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                         Case No. 16-02432-HWV
James W Tipton, III                                            Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: PRatchfor           Page 1 of 1           Date Rcvd: Jun 22, 2018
                               Form ID: pdf010           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
```
db              +James W Tipton, III,    302 Westminster Ave,    Hanover, PA 17331-3707
cr              +ACNB Bank, f/k/a Adams County National Bank,    P.O. Box 3129,    Gettysburg, PA 17325-0129
4798968         +ACNB,   16 Lincoln Square,    PO Box 3129,    Gettysburg, PA 17325-0129
4798969        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79980)
4798970         +Bureau of Account Management,    3607 Rosemont Avenue Suite 502,    Camp Hill, PA 17011-6943
4798971         +Chase Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
4798972          Citicards,    IBS CDV Disputes,    Sioux Falls, SD 57117
4798974         +Lending Club,    21 Stevenson,    Ste 300,    San Francisco, CA 94105-2706
4798977         +York County Tax Claim Bureau,    28 E Market Street,    York, PA 17401-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4798973          E-mail/Text: cio.bncmail@irs.gov Jun 22 2018 18:59:52      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
4820585          E-mail/Text: bk.notifications@jpmchase.com Jun 22 2018 18:59:56      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
4824767          E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 19:06:36
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4825626         +E-mail/Text: bankruptcydpt@mcmcg.com Jun 22 2018 19:00:00      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
4798975         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 19:06:43      Wal-Mart,    PO Box 965036,
                 Orlando, FL 32896-5036
4798976         +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 19:06:43      Wolf Furniture,    PO Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 6

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4798978*        +York County Tax Claim Bureau,    28 E Market Street,    York, PA 17401-1501
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor   ACNB Bank, f/k/a Adams County National Bank
               csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kelly M Walsh    on behalf of Debtor 1 James W Tipton, III kelly@scaringilaw.com,
               dblack@scaringilaw.com
              Thomas I Puleo    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| James W Tipton, III | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:16-bk-02432-HWV |

Charles J DeHart, III (Trustee)

vs.  Movant(s)

James W Tipton, III

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: June 22, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (KB)

Order Dismissing Case with Parties - Revised 9/17